RICHARD ET AL., APPELLEES, *v.* NATIONWIDE MUTUAL
INSURANCE COMPANY, APPELLANT, ET AL.

[Cite as *Richard v. Nationwide Mut. Ins. Co.,*
101 Ohio St.3d 97, 2004-Ohio-200.]

(No. 2003–0671—Submitted January 14, 2004—Decided February 4, 2004.)

{¶ 1} The judgment of the court of appeals is reversed as to the Nationwide automobile policy only on the authority of *Saunders v. Mortensen,* 101 Ohio St.3d 86, 2004-Ohio-24, 801 N.E.2d 452.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

Clark, Perdue, Roberts & Scott and Glen R. Pritchard, for appellees.

Price & Jones, Grey W. Jones and Cheryl L. Ryan, for appellant.